No. 02–1473. MARTINEZ v. UNITED STATES; and
No. 02–10059. PRINTZ v. UNITED STATES. C. A. 9th Cir.
Certiorari denied.

No. 02–1481. CORCORAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 02–1488. FILIPKOWSKI v. UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 02–1491. SMITH v. CONNECTICUT ET AL. App. Ct. Conn. Certiorari denied.

No. 02–1515. AULAKH ET UX. v. CAPITOL INDEMNITY CORP. C. A. 4th Cir. Certiorari denied.

No. 02–1532. STEWART v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8505. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 02–8680. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8903. BENFORD v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–9003. MAYZEL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 02–9404. WILLINGHAM v. MULLIN, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 02–9420. DUBOSE v. ANDREWS ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–9423. HARDAWAY v. WITHROW, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 02–9436. BURR v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.